Frank Rich, Respondent, v. City Insurance Company of Pennsylvania and Others, Appellants.— Order affirmed, with ten dollars costs and disburse-

ments.  No opinion.  The bill of particulars to be served within twenty days from service of order.  Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents.